UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

―――――――――――――――――――――X
CIGPF I CORP., :
:
                       **Plaintiff,** :
:
       – against – : C.A. No. _____
:
BLUESTEM BRANDS, INC., :
:
                      **Defendant.** :
―――――――――――――――――――――X

## PLAINTIFF CIGPF I CORP.'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS BY ROPES & GRAY LLP

Pursuant to Rules 37 and 45 of the Federal Rules of Civil Procedure, Plaintiff CIGPF I Corp. ("CIGPF") hereby moves for an order compelling the production of documents by Ropes & Gray LLP ("Ropes") in response to the subpoena dated April 9, 2013 (the "Subpoena"). CIGPF also requests attorneys' fees for the time that its attorneys have spent and will spend in connection with this motion.

The background of the case, the context of the Subpoena, CIGPF's right to non-privileged, responsive documents, CIGPF's efforts to obtain Ropes' compliance with the Subpoena, and CIGPF's right to attorneys' fees are detailed in CIGPF's Memorandum in Support of this Motion to Compel the Production of Documents by Ropes & Gray LLP, filed contemporaneously with this motion.

Dated: Boston, Massachusetts
          November 7, 2013

Respectfully Submitted,

CIGPF I Corp. By Its Attorney

By: _____/s/ Stephen E. Kesselman, Esq._____

*Stephen E. Kesselman, Esq. BBO # 674521*
LeClairRyan, A Professional Corporation
One International Place, Eleventh Floor
Boston, Massachusetts 02110
P: (617) 502-5730

US1746629

>F: (617) 502-5740
>stephen.kesselman@leclairryan.com
>
>*Attorneys for Plaintiff CIGPF I Corp.*

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that I have confirmed with co-counsel for CIGPF, Patrick Oh of Freshfields Bruckhaus Deringer US LLP, that Mr. Oh conferred with Ropes by email and phone on multiple occasions in a good faith attempt to resolve or narrow the issues, as set forth in the declaration accompanying this motion. The conferrals did not eliminate the need for this motion and did not narrow the issues raised herein.

>*/s/ Stephen E. Kesselman, Esq.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2013, I filed Plaintiff CIGPF I Corp.'s Motion to Compel the Production of Documents by Ropes & Gray LLP with the Court's ECF system.

I also certify that on this day, a true copy of the above document was served via first-class mail upon:

>Christopher G. Green, Esq.
>Ropes & Gray LLP
>Prudential Tower
>800 Boylston Street
>Boston, MA 02199-3600

>*/s/ Stephen E. Kesselman, Esq.*